**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EMILY MACKIE and ) | | |
| INSPIRED INTERIORS, INC., ) | | |
| ) | | |
| Plaintiffs, ) | Case No. 14-cv-09206 | |
| ) | | |
| v. ) | Judge Andrea R. Wood | |
| ) | | |
| MASON AWTRY, ) | | |
| ) | | |
| Defendant. ) | | |

**DEFENDANT MASON AWTRY'S
MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Mason Awtry moves to dismiss portions of the First Amended Complaint of Plaintiffs Emily Mackie and Inspired Interiors, Inc. pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In support of his motion, Awtry submits a supporting memorandum and states as follows:

1.  The Court should dismiss with prejudice five (5) of the ten (10) claims asserted by Plaintiffs against Awtry, who is Mackie's ex-boyfriend.

2.  In their ten-count Complaint, Plaintiffs accuse Awtry of accessing Mackie's Apple iCloud without permission and publishing defamatory statements about her on a website with a name similar to Inspired Interiors. Plaintiffs allege that Awtry violated federal computer fraud and privacy statutes by accessing her account, and that his supposed publication of defamatory comments gave rise to various state law claims.

3.  Although *all* of Plaintiffs' claims are legally and factually baseless, many of these deficiencies are apparent from the face of the complaint, flaws that cannot be cured by

amendment. Accordingly, the Court should dismiss these claims with prejudice pursuant to Rule 12(b)(6).

4. First, the Court should dismiss Plaintiffs' Computer Fraud & Abuse Act claim (Count I) because they have not alleged—and cannot allege—compensable "damage" or "loss" under the statute.

5. Second, Plaintiffs' claim under the Anticybersquatting Consumer Protection Act (Count IV) also should be dismissed because Plaintiffs do not make a single allegation that Inspired Interiors' domain name is either distinctive or famous, let alone plead facts that plausibly support such an assertion.

6. Third, the Court should dismiss Plaintiffs' claim under the Illinois Uniform Deceptive Trade Act (Count V) because: (1) there is no allegation that Awtry demeaned the quality of Inspired Interiors' goods and services; and (2) there is no plausible basis for injunctive relief as the statements have been removed and there is no suggestion or indication in the amended complaint of future misconduct.

7. Fourth, Plaintiffs' claim for tortious interference with prospective business relations (Count IX) should be dismissed because the amended complaint alleges merely a hope of potential unidentified business, which is insufficient to state a claim.

8. Fifth, Plaintiffs' claim for general injunctive relief (Count X) should be dismissed because they allege no facts plausibly demonstrating the need for such relief.

WHEREFORE, Defendant Mason Awtry respectfully requests the Court dismiss with prejudice pursuant to Rule 12(b)(6) Counts I, IV, V, IX, and X of the First Amended Complaint.

Dated:  February 9, 2015					Respectfully submitted,

							MASON AWTRY,
							Defendant


						By:	/s/ Kerryann M. Haase
							One of His Attorneys

Kerryann M. Haase
Brian P. Paul
Sarah E. Flotte
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois  60601
Telephone:	312.222.0800
Facsimile:	312.222.0818

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2015 I electronically filed the foregoing ***Defendant Mason Awtry's Motion To Dismiss Plaintiffs' First Amended Complaint,*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Charles Lee Mudd, Jr.
Meghan Kathleen Nugent
Mudd Law Offices
3114 West Irving Park Road, Suite 1W
Chicago, IL 60618

/s/ Kerryann M. Haase
Attorney for Defendant Mason Awtry
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Phone: (312) 222-0800
E-mail: khminton@michaelbest.com