# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EMILY MACKIE and<br>INSPIRED INTERIORS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MASON AWTRY and<br>MICHAEL MAYES,<br><br>    Defendants. | Case No. 14-cv-09206<br><br>Judge Andrea R. Wood |

## UNOPPOSED MOTION OF DEFENDANT MASON AWTRY TO WITHDRAW DOCKET NO. 44 AND REPLACE IT WITH A CORRECTED REPLY IN SUPPORT OF HIS MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant Mason Awtry ("Awtry"), by and through his undersigned attorneys, respectfully requests leave of this Honorable Court to withdraw Docket No. 44 and replace it it with the attached Reply In Support Of Defendant Mason Awtry's Partial Motion To Dismiss Plaintiffs' Second Amended Complaint. In support of his Motion, Awtry states as follows:

1. On July 14, 2015, Awtry filed Docket No. 44 as an intended reply in support of his motion to dismiss Plaintiff's Second Amended Complaint.

2. Rather than filing the reply, Awtry inadvertently re-filed his opening memorandum of law in support of his partial motion to dismiss Plaintiffs' Second Amended Complaint.

3. To correct this error, Awtry seeks leave of Court to withdraw Docket No. 44 and replace it with the attached Reply In Support Of Defendant Mason Awtry's Partial Motion To Dismiss Plaintiffs' Second Amended Complaint.

4. Plaintiffs have no objection to the requested relief.

WHEREFORE, Defendant Mason Awtry respectfully requests an Order from this Honorable Court granting him leave to withdraw Docket No. 44 and replace it with the attached Reply In Support Of Defendant Mason Awtry's Partial Motion To Dismiss Plaintiffs' Second Amended Complaint.

Dated: July 15, 2015

Respectfully submitted,

MASON AWTRY,
Defendant.

By: /s/ Brian P. Paul
One of His Attorneys

Kerryann M. Haase
Brian P. Paul
Sarah E. Flotte
Michael Best & Friedrich LLP
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Telephone: 312.222.0800
Facsimile: 312.222.0818

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2015 I electronically filed the foregoing *Unopposed Motion Of Defendant Mason Awtry To Withdraw Docket No. 44 And Replace It With A Corrected Reply In Support Of His Motion To Dismiss Plaintiffs' Second Amended Complaint,* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Charles Lee Mudd, Jr.**
**Meghan Kathleen Nugent**
Mudd Law Offices
3114 W. Irving Park Rd., Suite 1W
Chicago, IL 60618

**Carlton E. Odim**
Odim Law Offices
225 W. Washington Street, Suite 2200
Chicago, IL 60606

/s/ Brian P. Paul
Attorney for Defendant Mason Awtry
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Phone: (312) 222-0800
E-mail: bppaul@michaelbest.com