# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Emily Mackie, et al.

                    Plaintiff,

v.                                           Case No.: 1:14–cv–09206
                                                            Honorable Andrea R. Wood

Mason Awtry, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 11, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Ruling on Defendant's motion to dismiss [38] will issue by mail. Status hearing set for 1/26/16 at 9:00 a.m Mailed notice (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.